# Court of Appeals
# of the State of Georgia

ATLANTA, <u>December 17, 2013</u>

*The Court of Appeals hereby passes the following order:*

**A13A2294. HEERY INTERNATIONAL. INC., et al. v. DEKALB COUNTY SCHOOL DISTRICT.**

Appellant Heery International, Inc., d/b/a Heery/Mitchell, a Joint Venture, has filed a motion to withdraw its appeal, based on the fact that the parties have entered into a settlement agreement that resolves this litigation. Appellee DeKalb County School District has not opposed this motion. Accordingly, appellant's motion to withdraw this appeal is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* <u>12/17/2013</u>
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*